PROB 35
(Rev. 6/17)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2022 JUN -2 P 3:05
CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.                                        Crim. No.   3:13CR00003-2

April M. Johnson, aka April Rich

On February 21, 2019, the above named was placed on supervised release for a period of five years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Tony Graham
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 2nd day of June, 2022.

Dudley H. Bowen, Jr.
United States District Judge